# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| VANGUARD MODULAR BUILDING SYSTEMS, LLC, | : | No. 58 EM 2019 |
| | : | |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ATLANTIC SPECIALTY INSURANCE COMPANY AND ONEBEACON INSURANCE GROUP, LLC, | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2019, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.